UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
INTELLIGENT DIGITAL SYSTEMS, LLC, RUSS
& RUSS PC DEFINED BENEFIT PENSION PLAN
and JAY EDMOND RUSS,

                       Plaintiffs,

    -against-

VISUAL MANAGEMENT SYSTEMS, INC., JASON
GONZALEZ, HOWARD HERMAN, ROBERT MOE,
MICHAEL RYAN, COL. JACK JACOBS, Ret. and
MARTY McFEELY,

                       Defendants.
------------------------------------------------------------------X

Case No. CV-09-974
(LDW/ETB)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiffs and for Defendants, Jason Gonzalez, Robert Moe, Michael Ryan, Col. Jack Jacobs, Ret. and Marty McFeely that the time of said Defendants to move against, answer or otherwise plead with respect to the Complaint herein, be and it hereby is extended to May 15, 2009. Defendants agree not to interpose any defense based on improper service of process.

Dated: East Meadow, New York
April 17, 2009

_____
Ira Levine, Esq. (IL-1469)
Co-Counsel for Plaintiffs
320 Northern Blvd. – Suite 14
Great Neck, New York 11021
(516) 829-7911

REED SMITH LLP
Co-Counsel for Plaintiffs
559 Lexington Avenue - 22nd Floor
New York, New York 10022
(212) 205-6023
SO ORDERED:

_____
USDJ

CERTILMAN BALIN ADLER & HYMAN, LLP

By: _____
    Martin P. Unger (MU-9327)
Attorneys for Defendants
*Jason Gonzalez, Robert Moe, Michael Ryan,*
 *Col. Jack Jacobs, Ret. and Marty McFeely*
90 Merrick Avenue – 9th Floor
East Meadow, New York 11554
(516) 296-7000

2135675.1