FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y

★ NOV 17 2011 ★

LONG ISLAND OFFICE

**EXHIBIT "1"**
**CONSENT JUDGMENT**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X
INTELLIGENT DIGITAL SYSTEMS, LLC, RUSS
& RUSS PC DEFINED BENEFIT PENSION PLAN,
and JAY EDMOND RUSS,
          Plaintiffs,
 -against-

VISUAL MANAGEMENT SYSTEMS, INC., JASON
GONZALEZ, ROBERT MOE, MICHAEL RYAN,
COL. JACK JACOBS, Ret. and MARTY McFEELY,

         Defendants.
_____X

Case No. CV-09-974
(LDW/ETB)

**CONSENT ORDER**
**AND JUDGMENT**

  The Plaintiffs, INTELLIGENT DIGITAL SYSTEMS, LLC, RUSS & RUSS PC DEFINED BENEFIT PENSION PLAN, and MARTIN MCFEELY, sued herein as MARTY MCFEELY (the "Defendant") having entered into a Stipulation of Settlement dated November 10, 2011 settling the claims that were asserted by the Plaintiffs against the Defendant; and it appearing to the satisfaction of the Court that the Settlement Agreement is fair and reasonable and freely entered into by the parties, and that the entry of this Judgment resolves all matters in dispute between them arising from the facts and circumstances alleged in the Amended Complaint, up to the date of this Judgment.

  NOW, UPON MOTION OF IRA LEVINE, ESQ., AND REED SMITH, LLP, the attorneys for the Plaintiffs, it is

  ORDERED, ADJUDGED, AND DECREED that Plaintiff Intelligent Digital Systems, LLC, having an office at c/o Russ & Russ, P.C., 543 Broadway, Massapequa, New York, 11758, do recover of Martin McFeely, sued herein as Marty McFeely, residing at 94 Branch Avenue

Red Bank, NJ 07701 the sum of the sum of $1,833,341.65, with interest at the rate of 9% per annum from August 30, 2010 through October 31, 2011 at the per diem rate of $452.056 in the amount of $193,028.27, for a total of $2,026,369.92; plus applicable interest at the rate of nine (9%) per cent from November 1, 2011, until the judgment is paid in full, and that Plaintiff have execution therefor; and it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiff Jay Edmond Russ, having an office at c/o Russ & Russ, P.C., 543 Broadway Massapequa, New York 11758, do recover of Martin McFeely, sued herein as Marty McFeely, residing at 94 Branch Avenue Red Bank, NJ 07701 the sum of the sum of $304,144.17, with interest at the rate of 9% per annum from August 30, 2010 through October 31, 2011 at the per diem rate of $74.994 in the amount of $32,022.60, for a total of $336,166.77 plus applicable interest at the rate of nine (9%) percent from November 1, 2011 until the judgment is paid in full, and that Plaintiff have execution therefor;

ORDERED, ADJUDGED, AND DECREED that Plaintiff The Russ & Russ PC Defined Benefit Pension Plan, c/o Russ & Russ, P.C., 543 Broadway, Massapequa, New York 11758, do recover of Martin McFeely, sued herein as Marty McFeely, residing at 94 Branch Avenue Red Bank, NJ 07701 the sum of the sum of $326,370.18, with interest at the rate of 9% per annum from August 30, 2010 through October 31, 2011 at the per diem rate of $80.474 in the amount of $34,362.76, for a total of $360,732.94 plus applicable interest at the rate of nine (9%) percent from November 1, 2011 until the judgment is paid in full, and that Plaintiff have execution therefor;

ORDERED, that the judgment entered herein is deemed to be a Final Judgment within the meaning of FRCP 54 and FRCP 58; and it is further

ORDERED, that this Court retains jurisdiction of this matter for purposes of construction, modification and enforcement of the Stipulation of Settlement and this Consent Judgment; and it is further

ORDERED, that the causes of action against defendants Jason Gonzalez is severed and shall continue, subject to the automatic stay of this case against the defendant Jason Gonzalez as a result of his Chapter 13 Bankruptcy Case; and it is further

ORDERED that the Clerk of the Court, upon entry of this Consent Judgment shall mail a copy to Martin McFeely, the defendant *pro se*, and to the attorney for the Plaintiff.

Dated: Central Islip, New York
November 17, 2011

s/ Leonard D. Wexler

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

~~Judgment Entered this _____ day of November 2011~~

_____
Clerk, United States District Court
Eastern District of New York

**FORM, CONTENT, AND ENTRY OF
CONSENT ORDER AGREED TO:**

IRA LEVINE, ESQ. (IL-1469)
Attorney for Plaintiffs
320 Northern Blvd.
Suite 14
Great Neck, NY  11021

MARTIN McFEELY
Defendant *Pro Se*
94 Branch Avenue
Red Bank, NJ 07701
(732) 642-6956

(516) 829-7911                                  mmcfeely33@verizon.net
ilevinelaw@optonline.net

STATE OF NEW JERSEY, COUNTY OF __BERGEN__
(Complete Venue with State, Country, Province or Municipality)

On the __8th__ day of November in the year 2011, before me, the undersigned, personally appeared Martin McFeely, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/ their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_Katherine M Marck_
NOTARY PUBLIC

KATHERINE M. MARCK
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/14/2014