FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
EXHIBIT "1"
★ CONSENT JUDGMENT ★
DEC - 7 2012

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
INTELLIGENT DIGITAL SYSTEMS, LLC, RUSS     Case No. CV-09-974
& RUSS PC DEFINED BENEFIT PENSION PLAN,     (LDW/ETB)
and JAY EDMOND RUSS,

                      Plaintiffs,

    -against-                                   CONSENT ORDER
                                                 AND JUDGMENT

VISUAL MANAGEMENT SYSTEMS, INC., JASON
GONZALEZ, ROBERT MOE, MICHAEL RYAN,
COL. JACK JACOBS, Ret. and MARTY McFEELY,

                      Defendants.
------------------------------------X

     The Plaintiffs, INTELLIGENT DIGITAL SYSTEMS, LLC, RUSS & RUSS PC DEFINED BENEFIT PENSION PLAN, and JASON GONZALEZ (the "Defendant") having entered into a Stipulation of Settlement dated September 10, 2012 settling the claims that were asserted by the Plaintiffs against the Defendant; and it appearing to the satisfaction of the Court that the Settlement Agreement is fair and reasonable and freely entered into by the parties, and that the entry of this Judgment resolves all matters in dispute between them arising from the facts and circumstances alleged in the Amended Complaint, up to the date of this Judgment.

     NOW, UPON MOTION OF IRA LEVINE, ESQ., AND REED SMITH, LLP, the attorneys for the Plaintiffs, it is

     ORDERED, ADJUDGED, AND DECREED that Plaintiff Intelligent Digital Systems, LLC, having an office at c/o Russ & Russ, P.C., 543 Broadway, Massapequa, New York, 11758, do recover of Jason Gonzalez, residing at 600 Monroe Ave, Whiting, NJ 08759 the sum of the sum of $1,833,341.65, with interest at the rate of 9% per annum from August 30, 2010 through

August 31, 2012 at the per diem rate of $452.056 in the amount of $330,453.05, for a total of $2,163,794.70; plus applicable interest at the rate of nine (9%) per cent from September 1, 2012, until the judgment is paid in full, and that Plaintiff have execution therefor; and it is further

ORDERED, ADJUDGED, AND DECREED that Plaintiff Jay Edmond Russ, having an office at c/o Russ & Russ, P.C., 543 Broadway Massapequa, New York 11758, do recover of Jason Gonzalez, residing at 600 Monroe Ave Whiting, NJ 08759 the sum of the sum of $304,144.17, with interest at the rate of 9% per annum from August 30, 2010 through August 31, 2012 at the per diem rate of $74.994 in the amount of $54,820.94, for a total of $358,965.11 plus applicable interest at the rate of nine (9%) percent from September 1, 2012 until the judgment is paid in full, and that Plaintiff have execution therefor;

ORDERED, ADJUDGED, AND DECREED that Plaintiff The Russ & Russ PC Defined Benefit Pension Plan, c/o Russ & Russ, P.C., 543 Broadway, Massapequa, New York 11758, do recover of Jason Gonzalez, residing at 600 Monroe Ave Whiting, NJ 08759, the sum of the sum of $326,370.18, with interest at the rate of 9% per annum from August 30, 2010 through August 31, 2012 at the per diem rate of $80.474 in the amount of $58,826.49, for a total of $385,196.67 plus applicable interest at the rate of nine (9%) percent from September 1, 2012 until the judgment is paid in full, and that Plaintiff have execution therefor;

ORDERED, that this Court retains jurisdiction of this matter for purposes of construction, modification and enforcement of the Stipulation of Settlement and this Consent Judgment; and it is further

Dated: Central Islip, New York
~~August      , 2012~~
December 7, 2012

_____
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Judgment Entered this _____ day of August 2012

_____
Clerk, United States District Court
Eastern District of New York

FORM, CONTENT, AND ENTRY OF
CONSENT ORDER AGREED TO:

Dated: New York, New York
~~August~~ *September* 10, 2012

*/s/ Ira Levine/*

IRA LEVINE, ESQ. (IL-1469)
Attorney for Plaintiffs
320 Northern Blvd. - Suite 14
Great Neck, NY 11021
(516) 829-7911
ilevinelaw@optonline.net

AGREED TO

*/s/ Jason Gonzalez/*

Jason Gonzalez

MITCHELL, SILBERBERG
& KNUPP, LLP

By: */s/ Lauren J. Wachtler/*
Lauren J. Wachtler, Esq. (LJW-4205)
Attorney for Gonzalez
12 East 49th Street
New York, NY 10017
(212) 509-3900
ljw@msk.com

STATE OF NEW JERSEY, COUNTY OF __OCEAN__
(Complete Venue with State, Country, Province or Municipality)

On the __6th__ day of ~~August~~ *September* in the year 2012, before me, the undersigned, personally appeared Jason Gonzalez, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*[signature]*
NOTARY PUBLIC

ALEKSANDRA KING
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 14, 2014